UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SEUNGICK CHUNG | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 13-CV-1760 (JBA) |
| | : | |
| -against- | : | |
| | : | |
| GRACE ROAD CHURCH (NEW YORK), | : | |
| GRACE ROAD CHURCH (SOUTH KOREA), | : | |
| OK-JOO SHIN, | : | June 24, 2014 |
| | : | |
| Defendants. | : | |
| | : | |

### DEFENDANT'S MOTION TO DISMISS

Upon the Affidavit of Lee Byeongoon, sworn to the 23rd day of June, 2014, the Affidavit of Myung Hee Chung, dated the 17th day of June, 2014, and the Memorandum of Law, dated the 24th day of June, 2014, Defendants Grace Road Church (New York), Grace Road Church (South Korea), and Ok-Joo Shin, by their attorneys Ross & Asmar LLC, hereby request, pursuant to the Federal Rules of Civil Procedure 12(b)(2), (3), and (6), that the Court dismiss Plaintiff's Amended Complaint with prejudice. The bases for this Motion are set forth in the accompanying Memorandum.

Dated: June 24, 2014
          New York, NY

*Steven B. Ross*
_____
Steven B. Ross, Esq. (phv06649)
Eric Dawson, Esq. (phv06650)
Ross & Asmar LLC
499 Seventh Avenue
23rd Floor South Tower
New York, NY 10018
(212) 736-4202 (T)
(212) 736-2873 (F)