UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
------------------------------------X
SEUNGICK CHUNG
      Plaintiff,
              Civil Action No. 13-1760

-against-

              **AFFIDAVIT**

GRACE ROAD CHURCH (NEW YORK),
GRACE ROAD CHURCH (SOUTH KOREA),
OK-JOO SHIN
------------------------------------X

STATE OF NEW YORK )
         ) ss:
COUNTY OF QUEENS )

  **LEE BYEONGJOON**, being duly sworn, deposes and states under penalty of perjury:

1. I am an officer with Grace Road Church. As such I am familiar with the facts contained in this Affidavit.

2. Neither Grace Road Church (South Korea) nor Grace Road Church (New York) conducts any activities in the State of Connecticut.

3. Neither Grace Road Church (South Korea) nor Grace Road Church (New York) targets their ministry to individuals in Connecticut.

4. All of Grace Road Church (New York)'s activities take place in New York. We are a small church that does not have any ministry outside of New York.

5. None of the leaders or officers of Grace Road Church have ever been to the State of Connecticut.

6. Myung Hee Chung is not now and has never been an agent, servant, or employee of either Grace Road Church (New York) or Grace Road Church (South Korea).

7. Grace Road Church is a not-for-profit religious organization that does not derive substantial revenue from interstate or international commerce.

1

8. Neither Grace Road Church (New York) nor Grace Road Church (South Korea) does or solicits business in the State of Connecticut.

_____
LEE BYEONGJOON

Sworn to before me this
23 day of June, 2014.

_____
Notary Public

HYUN AE LEE
Notary Public - State of New York
NO. 01LE6273740
Qualified in Queens County
My Commission Expires 12/10/16