UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT
----------------------------------X
SEUNGICK CHUNG
                   Plaintiff,

-against-                   Civil Action No. 13-1760

**AFFIDAVIT**

GRACE ROAD CHURCH (NEW YORK),
GRACE ROAD CHURCH (SOUTH KOREA),
OK-JOO SHIN
----------------------------------X

      **MYUNG HEE CHUNG**, being duly sworn, deposes and states under penalty of perjury:

1. I am not a party to this action.
2. I am not now, nor have I ever been, an employee of Grace Road Church New York or Grace Road Church South Korea.
3. I have never worked for Grace Road Church New York or Grace Road Church South Korea.
4. I have never acted as an agent of Grace Road Church New York or Grace Road Church South Korea.
5. I am not now, nor have I ever been, an employee of Ok-Joo Shin.
6. I have never worked for Ok-Joo Shin.
7. I have never acted as an agent of Ok-Joo Shin.
8. In 2012 my brother came to visit me in New York.
9. I never traveled to Connecticut to convince my brother to visit me.
10. I did not go to Connecticut to bring my brother to New York.
11. I have only ever been to Connecticut to visit my parents and my brother.

12. I did not go to Connecticut at all in the year 2012.

13. I traveled to Korea in December 2011. I returned to the United States in August or September 2012. I did not go to Connecticut at any time between my return to the United States and the dates of the alleged incident in New York. I did not go to Connecticut until I was released from prison in 2013.

14. I have never traveled to Connecticut to conduct business for or on behalf of Grace Road Church New York or Grace Road Church South Korea.

15. I have never traveled to Connecticut to conduct business for or on behalf of Ok-Joo Shin.

16. No one from Grace Road Church New York or Grace Road Church South Korea convinced, persuaded, or directed me to convince my brother to come visit me in New York.

17. Ok-Joo Shin did not convince, persuade, or direct me to convince my brother to come visit me in New York.

18. No one from Grace Road Church New York or Grace Road Church South Korea sent me to Connecticut to bring my brother to New York.

19. Ok-Joo Shin did not send me to Connecticut to bring my brother to New York.

_____
MYUNG HEE CHUNG

Sworn to before me this
17 day of June, 2014.

_____
Notary Public

JOANNE MARIE AGNELLO
Notary Public, State of New York
No. 01AG4700829
Qualified in Queens County
Commission Expires May 31, 2015