# CERTIFICATION OF INCORPORATION
# OF
# NEW YORK GRACE ROAD CHURCH

INC# 3831/2013

COPY

QUEENS COUNTY CLERK
FILED    RECORDED
2013 MAY 16 AM 9:41

We, the undersigned, Jung Hee Oh, Presiding Officer, Jin Hee Choi, Min Jae Han, Young Jun Joo, Grace Chung, Myong C. Sin, Mi Jung Hong, do hereby certify as follows:

(1) That a notice of the meeting of the members of NEW YORK GRACE ROAD CHURCH to determine whether such Church should become incorporated was duly given pursuant to Article 10, Section 191 of the Religious Corporations Law, and such meeting was held in accordance therewith on the 14th day of May 2013 at 11:00AM of such day.

(2) That Jung Hee Oh was the Presiding Officer of such meeting and Jin Hee Choi, Min Jae Han, Young Jun Joo, Grace Chung, Myong C. Sin, Mi Jung Hong, were present and voted thereat.

(3) That at such meeting, it was determined to incorporate such church as a religious corporation pursuant to Section 192 and 193 of the Religious Corporations Law.

(4) That the name of the proposed corporation as decided upon by such meeting is NEW YORK GRACE ROAD CHURCH.

(5) That the principal place of worship of such congregation is to be located in the County of Queens, City of New York, at 36-03 164th Street Flushing, NY 11358.

(6) The date fixed by such meeting for holding the first annual election of the trustee of such corporation is May 14, 2014.

(7) The number of trustees decided upon at such meeting was six (6).

(8) The names of the trustees elected by such meeting to hold office until the first annual election on May 14, 2014 are Young Jun Joo and Mi Jung Hong.

(9) The names of the trustees elected by such meeting to hold office until the second annual election on May 14, 2015 are Jin Hee Choi and Min Jae Han.

(10) The names of the trustees elected by such meeting to hold office until the third annual election on May 14, 2016 are Grace Chung and Myong C. Sin.

(11) Said organization is organized:

a) exclusively for charitable, religious, educational and scientific purposes, including, for such purposes, the making of distributions to organizations that qualify as exempt organizations under section 501(c)(3) of the Internal Revenue Code.

b) to establish and maintain a place of worship.

1

INC# 3831/2013

c) to be religious, benevolent, charitable and educational in keeping with the purposes of NEW YORK GRACE ROAD CHURCH as set forth in its Discipline, and shall not be for the pecuniary gain or profit of the members thereof, and especially,

d) to purchase, hold in trust for the benefit and use of the members and ministers of NEW YORK GRACE ROAD CHURCH, manage, encumber, sell, transfer or otherwise dispose of property, real, personal or mixed, as may be necessary or convenient for the purposes of the corporation, upon compliance with the Religious Corporation Law of New York State;

e) to acquire or erect and maintain buildings for the worship of God, the use and occupancy of its ministers, Christian education, and other purposes in keeping with the doctrines and principles of NEW YORK GRACE ROAD CHURCH;

f) to receive, manage and hold in trust for members and ministers of NEW YORK GRACE ROAD CHURCH, any and all donations, bequests and devises of any kind or character that may be given, bequeathed or conveyed to the local church or to the trustees of the local church as such, and with the directions of the donor, trustor, or testator, provided that any and all of the foregoing purposes shall be carried out in conformity with the provisions of The Discipline of NEW YORK GRACE ROAD CHURCH as legislated and declared from time to time.

(12) No part of the net earnings of the corporation shall inure to the benefit of, or be distributable to its trustees, officers, or other private persons, except that the corporation shall be authorized and empowered to pay reasonable compensation for services rendered and to make payments and distributions in furtherance of the purposes set forth in Article 10.

(13) No substantial part of the activities of the Organization shall be the carrying on of propaganda, or otherwise attempting to influence legislation, and the organization shall not participate in, or intervene in (including the publishing, or distribution of statements) any political campaign and behalf of or in opposition to any candidate for public office.

(14) Notwithstanding any other provision of this document, the organization shall not carry on any other activities not permitted to be carried on (a) by an organization exempt from federal income tax under section 501(c)(3) Internal Revenue Code, or corresponding section of any future federal tax code, or (b) by an organization, contributions to which are deductible under section 170 (c)(2) of the Internal Revenue Code, or corresponding section of any future federal tax code.

(15) The corporation may do everything and anything reasonably and lawfully necessary, proper, suitable or convenient to achieve any or all of the objects and purposes set forth in this Certificate of Incorporation, upon compliance with the Religious Corporation Law of New York State.

(16) The bylaws of the corporation shall include the Discipline of NEW YORK GRACE ROAD CHURCH as legislated and declared from time to time; and no other bylaws shall be adopted that are inconsistent with the provisions of said Discipline.

(17) If the corporation shall become inactive, or cease to function or cease to be amenable to NEW YORK GRACE ROAD CHURCH as set forth in its Discipline, any and all assets of the corporation shall inure to the district of which the local church is a member, and the district board of administration shall be authorized and empowered to carry on the function of said board of directors.

(18) Upon dissolution of the corporation, assets shall be distributed for one or more exempt purposes within the meaning of section 501 (c)(3) of the Internal Revenue Code, or corresponding section of any future federal tax code, or shall be distributed to the federal government, or to a state or local government, for a public purpose. Any such assets not so disposed of shall be disposed of by a Court of Competent Jurisdiction of the county in which the principal office of the corporation is then located, exclusively for such purposes or to such organization or organizations, as said Court shall determine, which are organized and operated exclusively for such purposes.

(19) The members of the corporation shall be the covenant members of the local church, or such other body as local laws may require, provided that each voting member of the corporate body shall be a covenant member of NEW YORK GRACE ROAD CHURCH.

IN WITNESS WHEREOF, the undersigned have subscribed this certificate and affirm the statements herein as true under the penalties of perjury this 14th day of May, 2013.

_____
Presiding Officer
Jung Hee Oh
62-10 Woodside Ave Apt #116
Woodside, NY 11377

_____
Trustee
Jin Hee Choi
3329 Thaxton Pl
Charlotte, NC 28226

_____
Trustee
Min Jae Han
3329 Thaxton Pl
Charlotte, NC 28226

_____
Trustee
Young Jun Joo
38-16 149th Pl 2F
Flushing, NY 11354

_____
Trustee
Grace Chung
22306 Marine View Dr. S.
Des Moines WA 98198

_____
Triustee
Myong C. Sin
3708 Sunset Dr. W.
University Pl, WA 98466

3

INC# 3831/2013

Trustee
Mi Jung Hong
5 Dover Rd
Westampton, NJ 08060

QUEENS COUNTY CLERK
FILED RECORDED
2013 MAY 16 AM 9:41

STATE OF NEW YORK } ss:
COUNTY OF QUEENS }

On the 14th day of May, 2013 before me the undersigned, personally appeared Jung Hee Oh, Presiding Officer, Jin Hee Choi, Min Jae Han, Young Jun Joo, Mi Jung Hong, personally known to me or proved to me on the basis of satisfactory evidence to be the individuals whose names are subscribed to the within instrument and acknowledged to me that they executed the same in their capacities and that by their signatures on the instrument, the individual, or the person upon behalf of which the individuals acted, executed the instrument.

CHONG S. PARK
Notary Public, State of New York
No. 01PA6260516
Qualified in Nassau County
Commission Expires April 30, 2016

Notary Public

No. 260717

STATE OF NEW YORK,
COUNTY OF QUEENS,
SS: I, AUDREY I. PHEFFER,
COUNTY CLERK,
QUEENS COUNTY,
DO HEREBY CERTIFY
THAT I HAVE COMPARED
THIS COPY WITH THE
ORIGINAL FILED OR
RECORDED IN MY OFFICE
5·16·13
AND THAT IT IS A
CORRECT TRANSCRIPT
THEREFROM AND OF
THE WHOLE OF THE
ORIGINAL.

WITNESS MY HAND
AND SEAL OF SAID
COUNTY AND COURT ON

05.16.2013

Queens County Clerk's Office
Paym 2025392 05/16/2013 9:40a
Tr.2440539 $10.00
Corpor. Cert. ------------------
INC# 3831/2013 NEW YORK GRACE ROA
Tr.2440538 $122.00
Religious Corp ------------------
INC# 3831/2013 NEW YORK GRACE ROA
Total: $132.00
Check $132.00