*Jonathan Silver*
*Attorney at Law*

*of Counsel*
*Stephen J. Fein*
*Jennifer Beinert*
*Paul C. Kerson*

*Crossroad Tower*
*80-02 Kew Gardens Road, Suite #316, Kew Gardens, N.Y. 11415*
*(718) 520-1010*
*Fax No. (718) 575-9842*

January 5, 2015

By ECF

Magistrate Robert M. Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: **Chung v. Grace Road Church**
          **EDNY 14-CV-7187**

Dear Magistrate Levy:

    I have just filed my Notice of Appearance on behalf of the plaintiff following the transfer of this case from Connecticut to the EDNY.

    Notices of Appearances of Steve Ross and Eric Dawson on behalf of all of the defendants have also been recently filed.

    I will be filing motions quite shortly to seek the Admission Pro Hac Vice of Connecticut counselors Steven J. Errante, Daniel Paul Scholfield and Marisa A. Bellair all of the firm of Lynch Traub Keefe & Errante.

    Can a conference date be set so that the parties can proceed with the case?

                          Respectfully submitted,

                            JONATHAN SILVER

JS/eb