# L|T|K|E  Lynch, Traub, Keefe & Errante, P.C.

Attorneys and Counselors at Law

*"IN THE STRUGGLE FOR JUSTICE FOR OVER 60 YEARS"*

** HUGH F. KEEFE
† STEVEN J. ERRANTE
∞ JOHN J. KEEFE, JR.
* DONN A. SWIFT
  CHARLES E. TIERNAN III
  ROBERT W. LYNCH
  RICHARD W. LYNCH
  LOUIS M. RUBANO
† MARISA A. BELLAIR
  BENJAMIN D. GETTINGER
  MATTHEW D. POPILOWSKI
  BRENDAN J. KEEFE
† DANIEL P. SCHOLFIELD
  ROSALIE D. MORGAN

STEPHEN I. TRAUB, OF COUNSEL
WILLIAM C. LYNCH, FOUNDER (1924 – 2006)

* BOARD CERTIFIED CIVIL TRIAL LAWYER
∞ BOARD CERTIFIED CRIMINAL TRIAL LAWYER
** BOARD CERTIFIED CIVIL AND CRIMINAL TRIAL LAWYER
† ALSO ADMITTED IN NEW YORK

April 17, 2015

Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
Room S905
225 Cadman Plaza East
Brooklyn, NY 11201

VIA ECF

**Re:** Chung v. Grace Road Church, et al.
14-cv-7187
**Status Update**

Dear Judge Matsumoto:

I write to update you on the status of the case. The parties were unable to come to mutually agreeable terms for a mediation, and hence no mediation was pursued after the most recent teleconference with Magistrate Levy. The Defendants desire to pursue their Motion under Federal Rule 12 (b). Accordingly, the parties request a pre-motion conference, and propose the following briefing schedule:

- Three weeks from date of Court's approval for Defendants to file their Motion.

- Three weeks for the Plaintiffs to file any Objection.

- Two weeks for the Defendants to reply to the Objection.

Very truly yours,

Daniel P. Scholfield, Esq.

52 TRUMBULL STREET, P.O. BOX 1612  •  NEW HAVEN, CONNECTICUT 06506-1612
PHONE: (203) 787-0275  •  FAX: (203) 782-0278  •  EMAIL: LAWYERS@LTKE.COM  •  WEBSITE: WWW.LTKE.COM

W:\26500-26999\26522 S. Chung\001 Civil vs. Grace Road Church - MAB\Pleadings\2015\Status Update Letter.docx