UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

SUNG-HO HWANG, CONSERVATOR OF :
THE ESTATE OF SEUNGICK CHUNG :
: CIVIL ACTION NO. 14-CV-7187 (KAM)
    Plaintiff, :
:
-against- :
:
GRACE ROAD CHURCH (in New York, NY), :
GRACE ROAD CHURCH (in South Korea), : May 29, 2015
OK-JOO SHIN, :
:
    Defendants. :

### DEFENDANT'S MOTION TO DISMISS

Upon the Memorandum of Law, dated the 29th day of May, 2015, and annexed exhibits Defendants Grace Road Church (in New York), Grace Road Church (in South Korea), and Ok-Joo Shin, by their attorneys Ross & Asmar LLC, hereby request, pursuant to the Federal Rules of Civil Procedure 12(b)(2), and (6), that the Court dismiss Plaintiff's Amended Complaint with prejudice. The bases for this Motion are set forth in the accompanying Memorandum.

Dated: May 29, 2015
New York, NY

                                              _____
                                              Steven B. Ross, Esq. (SR 5059)
                                              Eric Dawson, Esq. (ED 0610)
                                              Ross & Asmar LLC
                                              499 Seventh Avenue
                                              23rd Floor South Tower
                                              New York, NY 10018
                                              (212) 736-4202 (T)
                                              (212) 736-2873 (F)