

499 7th Avenue, 23rd FL. S. Tower
New York, New York 10018

tel_212.736.4202
fax_212.736.2873
www.rossasmar.com

July 29, 2016

VIA ECF

Honorable Kiyo A. Matsumoto
United States District Court
Eastern District of New York
Room S905
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Chung v. Grace Road Church, et. al.,
                14 CV 7187 (KAM)

Dear Judge Matsumoto:

    Ross & Asmar LLC represents all defendants in the above case. Since the Court's Order of July 8, 2016 granting counsel three weeks to make further attempts to contact Defendants we have been unable to communicate with any of our clients.

    I sent by Federal Express letters to Defendants' last known address in South Korea. Those letters were delivered and signed for. I also sent copies of those same letters to an additional e-mail address obtained from Defendants' website.

    I have received no response from Defendants to any of my communications. I have no address, phone number, or e-mail address where I can attempt to contact any of the Defendants other than those I have already used to try to communicate with Defendants.

    Due to Defendants' failure to communicate with me or my office, and failure to respond to any of our attempts to reach them, Ross & Asmar LLC ("RA") is unable to prepare a defense to this action or continue to represent the Defendants. We are not able to prepare a motion to dismiss or an Answer to the Complaint without the participation and cooperation of the Defendants.

For the reasons set forth above, I request permission to file a motion seeking to withdraw as counsel for the Defendants in this matter.

Respectfully,

*Steven B. Ross*
STEVEN B. ROSS