## CERTIFICATE OF SERVICE

      I hereby certify that on August 15, 2016, I served notice of the Court's August 9, 2016 order permitting Ross & Asmar LLC to withdraw as counsel for Defendants, and directing Defendants to appear by counsel on or before August 23, 2016 or that Plaintiff will be permitted to seek default judgment against them, by e-mail to graceroadmission@gmail.com, and vcmusic@naver.com, Defendants' e-mail addresses as provided to counsel.

*Eric Dawson*

———————————————
Eric Dawson, Esq. (ED 0610)
Ross & Asmar LLC
499 Seventh Avenue
23rd Floor South Tower
New York, NY 10018
(212) 736-4202 (T)
(212) 736-2873 (F)