## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2016, in addition to the notice previously served by e-mail on August 15, 2016, I served notice of the Court's August 9, 2016 order permitting Ross & Asmar LLC to withdraw as counsel for Defendants, and directing Defendants to appear by counsel on or before August 23, 2016 or that Plaintiff will be permitted to seek default judgment against them, by FedEx to Defendants' last known address at 115 Chusa-ro, Gwacheon-si, Gyeonggi-do, South Korea 427-070.

_____
Eric Dawson, Esq. (ED 0610)
Ross & Asmar LLC
*Former Attorneys for Defendants*
499 Seventh Avenue
23rd Floor South Tower
New York, NY 10018
(212) 736-4202 (T)
(212) 736-2873 (F)