UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUNG-HO HWANG, CONSERVATOR OF THE ESTATE OF SEUNGICK CHUNG | : : : : : : : : : : : |
| | CIVIL ACTION No. 1:14-cv-07187 KAM |
| V. | |
| GRACE ROAD CHURCH (in New York, NY), GRACE ROAD CHURCH (in South Korea), OK-JOO SHIN | DECEMBER 7, 2016 |

## NOTICE OF SERVICE OF MOTION FOR DEFAULT

Notice is hereby given that the Plaintiff has served on the Defendants at their last known address via Federal Express to 115 Chusa-ro, Gwacheon-si, Gyeonggi0-do, South Korea, 427-070 in the above entitled action:

Motion for Default and Affidavit of Attorney Daniel Scholfield.

Plaintiff received confirmation from Federal Express that said Motion and Affidavit was received and signed for by Y. Yang Hyun Seok on November 25, 2016 at 2:52 p.m.

RESPECTFULLY SUBMITTED
THE PLAINTIFF,

**Daniel P. Scholfield, Esq.**
Steven J. Errante, Esq. (pro hac vice)
Marisa A. Bellair, Esq. (pro hac vice)
Daniel P. Scholfield, Esq. (pro hac vice)
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull St
New Haven, CT 06510
Tel. (203) 787-0275
Fax (203) 782-0278

**Jonathan Silver, Esq.**
Jonathan Silver, Esq. (7942)
Local Attorney for the Plaintiff
80-02 Kew Gardens Road
Kew Gardens, New York 11415
(718) 520-1010

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2016, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing. Parties may access this filing through the Court's CM/ECF System.

<u>Daniel P. Scholfield, Esq.</u>
Attorney's Signature