**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| **SUNG-HO HWANG, CONSERVATOR OF** | : | |
| **THE ESTATE OF SEUNGICK CHUNG** | : | |
| | : | **CIVIL ACTION** |
| | : | **No. 1:14-cv-07187 KAM** |
| | : | |
| **V.** | : | |
| | : | |
| **GRACE ROAD CHURCH (in New York, NY),** | : | |
| **GRACE ROAD CHURCH (in South Korea),** | : | |
| **OK-JOO SHIN** | : | **SEPTEMBER 25, 2017** |

## CERTIFICATE OF SERVICE

This is to certify that on Thursday, September 21, 2017, I caused a copy of the Memorandum and Order (Doc Entry 77) to be sent to the Defendants, GRACE ROAD CHURCH (in South Korea) and OK-JOO SHIN, at the last known address of the same, 115 Chusa-Ro, Gwacheon-Si, Gyeonggi-Do, 13820, KR, via Federal Express. This is to further certify that on Monday September 25, 2017, I received confirmation from Federal Express that the same had been delivered, which confirmation sheets are appended hereto.

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.  ATTORNEYS AT LAW
52 TRUMBULL STREET  P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\26500-26999\26522 S. CHUNG\001 CIVIL VS. GRACE ROAD CHURCH - MAB\PLEADINGS\2017\CERTIFICATE OF SERVICE 9-25-17.DOCX

DATED:    September 25, 2017

**By: Daniel P. Scholfield, Esq.**
Steven J. Errante, Esq. (pro hac vice)
Marisa A. Bellair, Esq. (pro hac vice)
Daniel P. Scholfield, Esq. (pro hac vice)
Lynch, Traub, Keefe & Errante, P.C.
52 Trumbull St
New Haven, CT 06510
Tel. (203) 787-0275
Fax (203) 782-0278

**Jonathan Silver, Esq.**
Jonathan Silver, Esq. (7942)
Local Attorney for the Plaintiff
80-02 Kew Gardens Road
Kew Gardens, New York 11415
(718) 520-1010

LYNCH, TRAUB, KEEFE AND ERRANTE, P. C.   ATTORNEYS AT LAW
52 TRUMBULL STREET   P.O. BOX 1612   NEW HAVEN, CONNECTICUT 06506-1612
TELEPHONE (203) 787-0275   FACSIMILE (203) 782-0278

W:\26500-26999\26522 S. CHUNG\001 CIVIL VS. GRACE ROAD CHURCH - MAB\PLEADINGS\2017\CERTIFICATE OF SERVICE 9-25-17.DOCX

**Jim Fraenza**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Sunday, September 24, 2017 11:03 PM |
| **To:** | Jim Fraenza |
| **Subject:** | FedEx Shipment 770312219630 Delivered |

# Your package has been delivered

## Tracking # 770312219630

Ship date:
Thu, 9/21/2017

JIM FRAENZA
LYNCH, TRAUB, KEEFE
ERRANTE
NEW HAVEN, CT 06510
US

Delivery date:
Mon, 9/25/2017 11:57
am



Delivered

GRACE ROAD CHURCH
115 CHUSA-RO
GWACHEON-SI, GYEONGGI-
DO, 13820
KR

## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: | 770312219630 |
| Status: | Delivered: 09/25/2017 11:57 AM Signed for By: K.KIM KYUNG SEO |
| Reference: | 26522-001 |
| Signed for by: | K.KIM KYUNG SEO |
| Delivery location: | GWACHEON-SI, GYEONGGI-DO, |
| Delivered to: | Shipping/Receiving |
| Service type: | FedEx International Priority |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.30 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 9/25/2017 by 6:00 pm |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:03 PM CDT on 09/24/2017.

1

**Jim Fraenza**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Sunday, September 24, 2017 11:03 PM |
| **To:** | Jim Fraenza |
| **Subject:** | FedEx Shipment 770312107760 Delivered |

## Your package has been delivered

### Tracking # 770312107760

Ship date:
**Thu, 9/21/2017**
JIM FRAENZA
LYNCH, TRAUB, KEEFE
ERRANTE
NEW HAVEN, CT 06510
US


**Delivered**

Delivery date:
**Mon, 9/25/2017 11:57
am**
OK-JOO SHIN
115 CHUSA-RO
GWACHEON-SI, GYEONGGI-
DO, 13820
KR

### Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| Tracking number: |  770312107760 |
| Status: | Delivered: 09/25/2017 11:57 AM Signed for By: K.KIM KYUNG SEO |
| Reference: | 26522-001 |
| Signed for by: | K.KIM KYUNG SEO |
| Delivery location: | GWACHEON-SI, GYEONGGI-DO, |
| Delivered to: | Shipping/Receiving |
| Service type: | FedEx International Priority |
| Packaging type: | FedEx Envelope |
| Number of pieces: | 1 |
| Weight: | 0.30 lb. |
| Special handling/Services: | Deliver Weekday |
| Standard transit: | 9/25/2017 by 6:00 pm |

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 10:03 PM CDT on 09/24/2017.

1