UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------X
SEUNGICK CHUNG,

        Plaintiff,                           O R D E R

  -against-                                      14 CV 7187 (KAM) (RML)

GRACE ROAD CHURCH, *et al.,*

        Defendants.
-----------------------------------------------------X

LEVY, United States Magistrate Judge:

       By order dated September 19, 2017, the Honorable Kiyo A. Matsumoto, United States District Judge, granted plaintiff's motion for a default judgment as to his claims for: false imprisonment; intentional infliction of emotional distress; respondeat superior as to defendant Ok-Joo Shin; respondeat superior as to U.S. Grace Road Church; respondeat superior as to Korean Grace Road Church; assault; battery; and breach of fiduciary duty.  Judge Matsumoto referred the issue of damages to me for an inquest.  Accordingly, the following schedule will govern:

    (1) On or before November 17, 2017, plaintiff is directed to serve and file a detailed written submission on damages;

    (2) on or before December 8, 2017, defendants may serve and file any written opposition; and

    (3) the court will conduct an in-person inquest hearing on December 18, 2017 at 10:30 a.m. in Courtroom 11B.  Plaintiff's counsel is directed to produce plaintiff to provide relevant testimony at the hearing so that the court may

assess damages. If plaintiff requires language interpretation, plaintiff's counsel must arrange to provide a court-certified interpreter at the hearing. Plaintiff's counsel is directed to send a copy of this order by first class mail to each defendant's last known address, and to file a certificate of service by ECF.

Any requests for extensions of time must be made in writing and received at least forty-eight (48) hours in advance of the above deadlines.

SO ORDERED.

Dated: Brooklyn, New York
October 3, 2017

                                                                                 /s/
                                          ROBERT M. LEVY
                                          United States Magistrate Judge