# L|T|K|E  Lynch, Traub, Keefe & Errante, P.C.

**Attorneys and Counselors at Law**

*"IN THE STRUGGLE FOR JUSTICE FOR OVER 60 YEARS"*

\*\* HUGH F. KEEFE
† STEVEN J. ERRANTE
°° JOHN J. KEEFE, JR.
\* DONN A. SWIFT
CHARLES E. TIERNAN III
ROBERT W. LYNCH
RICHARD W. LYNCH
LOUIS M. RUBANO
† MARISA A. BELLAIR
BENJAMIN D. GETTINGER
MATTHEW D. POPILOWSKI
BRENDAN J. KEEFE
† DANIEL P. SCHOLFIELD
ROSALIE D. LOUIS
GARRETT A. DENNISTON
STEPHEN I. TRAUB, OF COUNSEL
WILLIAM C. LYNCH, FOUNDER (1924 – 2006)

\* BOARD CERTIFIED CIVIL TRIAL LAWYER
°° BOARD CERTIFIED CRIMINAL TRIAL LAWYER
\*\* BOARD CERTIFIED CIVIL AND CRIMINAL TRIAL LAWYER
† ALSO ADMITTED IN NEW YORK

November 16, 2017

The Honorable Robert M. Levy
United States District Court
Eastern District of New York
Room S905
225 Cadman Plaza East
Brooklyn, NY 11201

VIA ECF

**Re:   Hwang v. Grace Road Church, et al.
         1:14-cv-7187**

Dear Judge Levy:

With respect to the inquest in damages scheduled for December 18, 2017 at 10:30 a.m., the Plaintiff writes to clarify the Court's order. Specifically, the Court ordered "Plaintiffs counsel is directed to produce plaintiff to provide relevant testimony at the hearing so that the court may assess damages."

The individual victim in this case, Seungick Chung, was illegally kidnapped and removed from the Country on or about July 17, 2015 by the Defendants, and, to the best of the undersigned's knowledge and belief, has been confined to a cult facility in South Korea since that time. These facts were brought to the attention of Judge Matsumoto during a status conference on or about March 29, 2016.

The named-plaintiff in this case is Sung-Ho Hwang, the Conservator of the person and estate of Seungick Chung. Mr. Hwang continues to be the conservator of the estate of Seungick Chung per his appointment as the same by the Connecticut Probate Court. Mr. Hwang will appear at the inquest in that capacity and will be prepared to testify on behalf of his conserved.

The purpose of this letter is to both notify the Court that the appearance of Mr. Chung has been rendered impossible by his kidnapping from this Country, which kidnapping appears to have been perpetrated by the Defendants and, further, to seek clarification that the appearance of Mr. Hwang,

52 TRUMBULL STREET, P.O. BOX 1612  •  NEW HAVEN, CONNECTICUT 06506-1612
PHONE: (203) 787-0275  •  FAX: (203) 782-0278  •  EMAIL: LAWYERS@LTKE.COM  •  WEBSITE: WWW.LTKE.COM

W:\26500-26999\26522 S. Chung\001 Civil vs. Grace Road Church - MAB\Pleadings\2017\Letter to Magistrate Levy re Inquest Hearing 11-16-17.docx

the conservator of Mr. Chung, will be sufficient for the inquest in damages. Kindly inform us of the same at your convenience.

Very truly yours,

*Daniel P. Scholfield*

Daniel P. Scholfield, Esq.

52 Trumbull Street, P.O. Box 1612 • New Haven, Connecticut 06506-1612
Phone: (203) 787-0275 • Fax: (203) 782-0278 • Email: lawyers@ltke.com • Website: www.ltke.com

W:\26500-26999\26522 S. Chung\001 Civil vs. Grace Road Church - MAB\Pleadings\2017\Letter to Magistrate Levy re Inquest Hearing 11-16-17.docx