UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
SUNG-HO HWANG, CONSERVATOR OF
THE ESTATE OF SEUNGICK CHUNG,

              Plaintiff,

JUDGMENT
14 CV 7187 (KAM) (RML)

     -against-

GRACE ROAD CHURCH (IN NEW YORK);
GRACE ROAD CHURCH (IN SOUTH KOREA);
and OK-JOO SHIN,
              Defendants.
---------------------------------------------------------------- X

      An Order of Honorable Kiyo A. Matsumoto, United States District Judge, having been filed on September 19, 2018, adopting the Report and Recommendation of Magistrate Judge Robert M. Levy, dated August 10, 2018, awarding Plaintiff $3,950,000 in damages for false imprisonment, intentional infliction of emotional distress, assault and battery, and punitive damages; denying Plaintiff's request for costs without prejudice; granting Plaintiff leave to submit supporting documentation for his request within thirty days of the date of this Order; and directing the Clerk of Court to enter judgment in favor of plaintiff and against defendants Grace Road Church, in South Korea, and Ok-Joo Shin; it is

      ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff and against defendants Grace Road Church, in South Korea, and Ok-Joo Shin in the total amount of $3,950.000; that Plaintiff's request for costs is denied without prejudice and he is granted leave to submit supporting documentation for his request within thirty days of the date of this Order.

Dated: Brooklyn, NY
September 20, 2018

                                   Douglas C. Palmer
                                   Clerk of Court

                          By:   /s/*Jalitza Poveda*
                                  Deputy Clerk